# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

Clifford W. Taylor,
Chief Justice

130344 & (119) (133) (134)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHIGAN CIVIL RIGHTS INITIATIVE,
     Plaintiff-Appellee,

v

BOARD OF STATE CANVASSERS,
     Defendant-Appellee,

and

CARL WILLIAMS, HASSAN ALEEM, and
PERCY HARRIS, JR.,
     Intervenors-Appellants,

and

OPERATION KING'S DREAM, EXIE CHESTER-
GRIFFIN, ROOSEVELT T. BRISTON, LILLIAN
A. CUMMINGS, NICOLE MCCOY, ALICIA
ROSE SPENCER, CHERYL THOMPSON,
LESLIE ATZMON, MONICA SMITH,
MARICRUZ LOPEZ, KATE STENVIG, LIANA
MULHOLLAND, ALISHIA STEWARD,
JOSEPH JOHNSON, JOHNATHAN CRUTCHER,
TURQUOISE WISE-KING, DENESHEA
RICHEY, IVAN ADAMS, RHIANNON
CHESTER, and CURTIS RAY,
     Intervenors-Appellees.
_____/

SC: 130344
COA: 264204

On order of the Court, the application for leave to appeal the October 31, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay and the miscellaneous motions are DENIED.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____
Clerk

p0322